**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| **WILLIAM BROXTON,**<br><br>    Petitioner,<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br><br>    Respondent. | CASE NO. 7:04-CR-20-2 (HL)<br>28 U.S.C. § 2255<br>CASE NO. 7:10-CV-90070 (HL) |

**ORDER**

This case is before the Court on the Report and Recommendation of United States Magistrate Judge Thomas Q. Langstaff (Doc. 238). Judge Langstaff recommends that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. 218) be denied.

Petitioner has filed objections to the Recommendation. The Court has reviewed the objections, and has made a *de novo* review of the Recommendation. After careful consideration, the Court finds the objections to be without merit.

The Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge (Doc. 238). Petitioner's Motion to Vacate (Doc. 218) is denied. A certificate of appealability is also denied.

**SO ORDERED**, this the 15th day of November, 2011.

                                              *s/ Hugh Lawson*
                                              **HUGH LAWSON, SENIOR JUDGE**

mbh